# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re: Connector 2000 Association, Inc.,  Case No. _____
                        Debtor.            Chapter 9

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 9 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, state value of dispute or subject to setoff | (5) Amount of claim [if secured also sate value of security] |
|---|---|---|---|---|
| South Carolina Department of Transportation 955 Park Street P.O. Box 191 Columbia, SC 29202-0191 | South Carolina Department of Transportation Linda C. McDonald, Chief Counsel 955 Park Street P. O. Box 191 Columbia, SC 29202 | Reimbursement of past maintenance costs and interest, and license fees | | $8,275,786.00 See Note 1 |
| U. S. Bank National Association 60 Livingston Avenue St. Paul, Minnesota 55107 | U. S. Bank National Association Susan E. Jacobsen Vice President 60 Livingston Avenue St. Paul, Minnesota 55107 | Indenture Bond Trustee Services and agent for bondholders | | See Note 2 $278,089,067 |
| HSBC Bank USA, National Association 10 East 40th Street, 14th Floor New York, NY 10016 | HSBC Bank USA, National Association Sandra E. Horwitz, Vice President 10 East 40th Street, | Indenture Bond Trustee and agent for bondholders | | See Note 3 $90,926,222 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 14th Floor<br>New York, NY 10016 |  |  |  |
| Transcore<br>P.O. Box 933493<br>Atlanta, GA 31193-3493 | Transcore<br>P.O. Box 933493<br>Atlanta, GA 31193-3493 | Services |  | See Note 4 |
| Haynsworth Sinkler Boyd, PA<br>Attn: Stan McGuffin<br>P.O.Box 11889<br>Columbia, SC. 29211-1889 | Haynsworth Sinkler Boyd, PA<br>Attn: Stan McGuffin<br>P.O.Box 11889<br>Columbia, SC. 29211-1889 | Professional Fees |  | See Note 4 |
| Blue Cross Blue Shield of SC<br>PO Box 6000<br>Columbia, SC 29260 | Blue Cross Blue Shield of SC<br>PO Box 6000<br>Columbia, SC 29260 | Employee Insurance |  | See Note 4 |
| Peter Femia<br>153 Pinnacle Pointe Drive<br>Seneca, SC. 29672 | Peter Femia<br>153 Pinnacle Pointe Drive<br>Seneca, SC, 29672 | Wages/ benefits |  | See Note 5 |
| Wyche, Burgess, Freeman & Parham, P.A.<br>Attorneys at Law<br>Attn: Eric Amstutz<br>44 East Camperdown Way<br>P.O. Box 728<br>Greenville, SC 29602-0728<br>864-422-2671 | Wyche, Burgess, Freeman & Parham, P.A.<br>Attn: Eric Amstutz<br>Attorneys at Law<br>44 East Camperdown Way<br>P.O. Box 728<br>Greenville, SC 29602-0728<br>864-422-2671 | Professional Fees |  | See Note 4 |
| Duke Energy<br>P.O.Box 70516<br>Charlotte, NC. 28272 | Duke Energy<br>P.O.Box 70516<br>Charlotte, NC. 28272 | Utility Services |  | See Note 4 |
| Southern Municipal Advisors, Inc.<br>119 Riverlook Lane<br>Piedmont, SC 29673 | Southern Municipal Advisors, Inc.<br>119 Riverlook Lane<br>Piedmont, SC 29673 | Professional Fees |  | See Note 4 |
| Don Piccoli<br>209 Sandy Lane<br>Greenville, SC 29605 | Don Piccoli<br>209 Sandy Lane<br>Greenville, SC 29605 | Wages/ benefits |  | See Note 5 |
| Travelers<br>CL & Specialty<br>Remittance Center<br>Hartford, CT 06183-1008 | Travelers<br>CL & Specialty<br>Remittance Center<br>Hartford, CT 06183-1008 | Insurance |  | See Note 5 |
| Travis LaFlamme<br>120 Brown Drive<br>Easley, SC 29642 | Travis LaFlamme<br>120 Brown Drive<br>Easley, SC 29642 | Wages/ benefits |  | See Note 5 |
| Mauricio Caro<br>74 Livingston Terrace<br>Greenville, SC 29607 | Mauricio Caro<br>74 Livingston Terrace<br>Greenville, 29607 | Wages/ benefits |  | See Note 5 |

| | | | | |
|---|---|---|---|---|
| Kathy Sessa<br>408 Partridge Dr.<br>Williamston, SC 29697 | Kathy Sessa<br>408 Partridge Dr.<br>Williamston, SC 29697 | Wages/ benefits | | See Note 5 |
| Brett, Inc.<br>PO Box 2304<br>Greenville, SC 29602 | Brett, Inc.<br>PO Box 2304<br>Greenville, SC 29602 | Services | | See Note 4 |
| Lee Currens<br>309 Anderson Street<br>Piedmont, SC 29673 | Lee Currens<br>309 Anderson Street,<br>Piedmont, SC 29673 | Wages/ benefits | | See Note 5 |
| Laurie Clough<br>17 Cornerton Pass<br>Simpsonville, SC 29680 | Laurie Clough<br>17 Cornerton Pass<br>Simpsonville, SC 29680 | Wages/ benefits | | See Note 5 |
| Terry Kiefer<br>508 Willow Branch Dr.<br>Simpsonville, SC 29680 | Terry Kiefer<br>508 Willow Branch Dr.<br>Simpsonville, SC 29680 | Wages/ benefits | | See Note 5 |
| ACA Financial Guaranty Corp.<br>Attn: Adam Klausner<br>140 Broadway, 47th Fl.<br>New York, New York 10005 | ACA Financial Guaranty Corp.<br>Attn: Adam Klausner<br>140 Broadway, 47th Fl. New York, New York 10005 | Insurance | Unliquidated Contingent | Unknown<br>See Note 6 |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CONNECTOR 2000 ASSOCIATION, INC.

I, Peter Femia, the Executive Vice President and General Manager of the Connector 2000 Association, Inc., am the officer or agent of the municipality named as a debtor in this case. I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of my information and belief.

Dated: June 24, 2010

Connector 2000 Association, Inc.

By: Peter Femia
Its: Executive Vice President and General Manager

Explanatory Notes to List of Creditors
Holding 20 Largest Unsecured Claims

Note 1
This creditor's claim arises under various agreements and is believed to be a totally unsecured claim. The secured portion of this claim is estimated at $0.

Note 2
The Senior Trustee collects and distributes funds to the bondholders. The Trustee is entitled to a fee for services and reimbursement of expenses. The fees and expenses are paid ahead of distribution to bondholders. The claims of the senior bondholders are believed to be partially secured and partially unsecured. The secured portion of this claim is estimated at $150,000,000.

Note 3
The Subordinate Trustee collects and distributes funds to the bondholders. The Trustee is entitled to a fee for services and reimbursement of expenses. The fees and expenses are paid ahead of distribution to bondholders. The claims of the subordinate bondholders are believed to be unsecured. The secured portion of this claim is estimated at $0.

Note 4
This creditor is paid in the ordinary course of business on a current basis. As of the petition date, there are no delinquent amounts outstanding. However, Debtor is informed and believes that this creditor may have accrued but unbilled or a current bill due in an undetermined amount.

Note 5
This creditor is an employee that is paid on a current basis, but has accrued unpaid wages and benefits as of the petition date.

Note 6
This creditor is the insurer of a portion of the outstanding bonds.

Columbia: 1215799 v.4