# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

Case 10-04467-dd

**ORDER APPROVING DISCLOSURE STATEMENT**

The relief set forth on the following page, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**01/19/2011**



David R. Duncan
US Bankruptcy Judge
District of South Carolina

Entered: 01/19/2011

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re:

Connector 2000 Association, Inc.,

Debtor.

Case No. 10-04467-dd
Chapter 9

**ORDER APPROVING DISCLOSURE STATEMENT**

The First Amended Disclosure Statement to the First Amended Plan for Adjustment of Debts under Chapter 9 of the Bankruptcy Code having been filed by Connector 2000 Association, Inc. ("Debtor") on November 23, 2010 {Docket No. 83}, as amended by the Addendum to First Amended Disclosure Statement for Adjustment of Debts dated and filed on January 17, 2011 {Docket No. 107}, referring to the First Amended Plan for Adjustment of Debts filed by Connector 2000 Association, Inc, on November 23, 2010 {Docket No. 84}, as amended by the Addendum to First Amended Plan for Adjustment of Debts dated and filed January 17, 2011 {Docket No. 109}; and

It having been determined that after hearing on notice the disclosure statement, as amended, contains adequate information as required by 11 U.S.C. §1125, as made applicable to this case by 11 U.S.C. §901(a):

**IT IS ORDERED,** and notice is hereby given, that:

A. The First Amended Disclosure Statement to the First Amended Plan for Adjustment of Debts filed by Debtor on November 23, 2010 {Docket No. 83}, as amended by the Addendum to First Amended Disclosure Statement for Adjustment of Debts dated and filed January 17, 2011 {Docket No. 107}, collectively the "First Amended Disclosure Statement," is approved.

B. Debtor has incorporated the modifications set forth in Addendum to First Amended Disclosure Statement {Docket No. 107} into a single integrated document dated and filed January 17, 2011, entitled the "First Amended Disclosure Statement to First Amended Plan for Adjustment of Debts" {Docket No. 108} which is also approved.

C. Debtor is authorized to file with the Court and post on its web site at www.southernconnector.com a compare version of the First Amended Disclosure Statement to First Amended Plan for Adjustment of Debts {Docket No. 108} to show the changes made to the disclosure statement dated and filed November 23, 2010 {Docket No. 83}.

D. The Court shall enter a separate order establishing various deadlines and procedures relating to the confirmation hearing process, including, *inter alia,* setting a confirmation hearing date and deadlines for filing ballots and objections to the First Amended Plan for Adjustments of Debts, as modified by the Addendum to First Amended Plan for Adjustment of Debts dated and filed January 17, 2011 {Docket No. 110}.

AND IT IS SO ORDERED.