## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF SOUTH CAROLINA

In re:

Connector 2000 Association, Inc.,

        Debtor.

Case No. 10-04467-dd
Chapter 9

## DEBTOR'S BALLOT TALLY

Connector 2000 Association, Inc. ("Debtor") hereby files the Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the First Amended Plan for Adjustment of Debts pursuant to Federal Rules of Bankruptcy Procedure 3018.

**HAYNSWORTH SINKLER BOYD, P.A.**

**By:**    /s/Stanley H. McGuffin
        Stanley H. McGuffin
        District ID No. 2833
        William H. Short, Jr.
        District ID No. 3831
        Lindsey Carlberg Livingston
        District ID No. 9518

Post Office Drawer 11889
Columbia, South Carolina 29211
(803) 779.3080 Tel
(803) 765.1243 Fax
smcguffin@hsblawfirm.com
bshort@hsblawfirm.com
llivingston@hsblawfirm.com

Attorneys for Debtor Connector 2000
Association, Inc.

March 11, 2011

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re:

Connector 2000 Association, Inc.,

.

Case No. 10-04467-dd
Chapter 9

**DECLARATION OF STEPHENIE KJONTVEDT ON BEHALF**
**OF EPIQ BANKRUPTCY SOLUTIONS, LLC, REGARDING VOTING**
**AND TABULATION OF BALLOTS ACCEPTING AND REJECTING**
**THE FIRST AMENDED PLAN FOR ADJUSTMENT OF DEBTS**

I, Stephenie Kjontvedt, declare, under penalty of perjury:

1.        I am a Vice President and Senior Consultant at Epiq Bankruptcy
Solutions, LLC ("Epiq")[1], located at 757 Third Avenue, New York, New York 10017.  I am over
the age of 18 years and not a party to the within action.

2.        I submit this Declaration with respect to the *First Amended Plan of
Adjustment of Debts*, dated January 17, 2011 [Docket No. 110] (as may be amended or modified,
the "Plan"). Except as otherwise indicated, all facts set forth herein are based upon my personal
knowledge or my review of relevant documents.  If I were called upon to testify, I could and
would testify competently as to the facts set forth herein.

3.        In accordance with the (a) *Order Authorizing Debtor to Employ and
Retain Epic Bankruptcy Solutions, LLC as Notice, Solicitation and Balloting Agent,*  filed
January 7, 2011  [Docket No. 102], the (b) *Order Approving Disclosure Statement*, filed January
19, 2011 [Docket 112], and the (c) *Order (I) Scheduling Hearing on Confirmation of the First*

---

[1]   Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Plan, or the
Solicitation Procedures Order, or (as defined herein below).

*Amended Plan for Adjustment of Debtor; (II) Approving Solicitation Procedures; (III)*

*Establishing Deadlines; and (IV) Approving Form and manner of Notice of the Confirmation*

*Hearing,* filed January 21, 2011 [Docket No. 113] (the "Solicitation Procedures Order"), Epiq

was appointed to assist the Debtors in connection with, *inter alia*, soliciting, receiving, and

tabulating Ballots accepting or rejecting the Plan.

4.    Pursuant to the Plan, holders of Class 3 Bond Trustee Claims were

unimpaired and not entitled to vote.   Claims in the following Classes were impaired and entitled

to vote to accept or reject the Plan:

| Class | Description |
|-------|-------------|
| Class 1 | Senior Bondholders Claims |
| Class 2 | Subordinate Bondholders Claims |
| Class 4 | SCDOT Claims |
| Class 5 | Executory Contract Claims |
| Class 6 | Lehman Brothers Claims |

(the "Voting Classes").

5.    The procedures for the solicitation and tabulation of votes on the Plan are

outlined in the Solicitation Procedures Order.  Epiq was instructed to solicit, review, determine

the validity of, and tabulate Ballots submitted to vote to accept or reject the Plan by the Holders

of Claims in the Voting Classes.

6.    As specified in the Solicitation Procedures Order, the Court established

January 5, 2011 (the "Voting Record Date"), as the record date for determining the Holders of

Claims in the Voting Classes who would be entitled to vote on the Plan.

2

7.      In accordance with the Solicitation Procedures Order, Epiq solicited the Holders of Claims in the Voting Classes as of the Voting Record Date, as described further in Epiq's *Affidavit of Service of Solicitation Materials*, [Docket No. 117], which was filed with this Court on February 24, 2011.

8.      Ballots returned by mail, hand delivery, or overnight courier, were received by personnel of Epiq at the offices of Epiq in New York, New York.  All Ballots received by Epiq were date stamped upon receipt and were tabulated in accordance with the Solicitation Procedures Order.

9.      In order for a Ballot to be counted as valid, the Ballot must have been (i) properly completed in accordance with the Solicitation Procedures Order, (ii) executed by the relevant Holder, or such Holder's authorized representative, and (iii) must have been received by Epiq no later than 4:00 p.m. prevailing Eastern Time on March 4, 2011 (the "Voting Deadline").  All validly completed and executed Ballots cast by Holders of Claims in the Voting Classes, which were received by Epiq on or before the Voting Deadline, were tabulated as outlined in the Solicitation Procedures Order.  I declare that the results of the voting are as set forth in Exhibit A hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly executed Ballots received by Epiq.

10.     A report of all Ballots not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as Exhibit B, together with copies of the ballots listed on the Exhibit.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.

DATED:    New York, New York
          March 10, 2011

                                         Stephenie Kjontvedt
                                         Vice President, Senior Consultant
                                         Epiq Bankruptcy Solutions, LLC

4

# EXHIBIT A

## Exhibit A

## TABULATION SUMMARY

| VOTING CLASS | TOTAL VOTES | CONNECTOR 2000 ASSOCIATION, INC. | | | |
| --- | --- | --- | --- | --- | --- |
| | | TOTAL VOTES COUNTED | | | |
| | | ACCEPT | | REJECT | |
| | | AMOUNT | NUMBER | AMOUNT | NUMBER |
| Class 1 Senior Bondholders Claims | 189 [1] | $152,062,296.55 **97.50%** | 167 **90.76%** | $3,903,756.17 **2.50%** | 17 **9.24%** |
| Class 2 Subordinate Bondholders Claims | 33 | $7,187,319.69 **74.71%** | 24 **72.73%** | $2,432,456.12 **25.29%** | 9 **27.27%** |
| Class 3 Bond Trustee Claims | N/A | UNIMPAIRED NON-VOTING CLASS | | | |
| Class 4 SCDOT Claims | 1 | $10,378,216.00 **100.00%** | 1 **100.00%** | $0.00 **0.00%** | 0 **0.00%** |
| Class 5 Executory Contract Claims | 0 | IMPAIRED - NO BALLOTS WERE VOTED IN THIS CLASS | | | |
| Class 6 Lehman Brothers Claims | 0 | IMPAIRED - NO BALLOTS WERE VOTED IN THIS CLASS | | | |

---

[1]  The total includes (i) 184 votes counted in the voting tabulation, with results reported herein, and (ii) five votes that were not counted in the tabulation, and these five votes are reported on Exhibit B the Report of Excluded Ballots.

# EXHIBIT B

Exhibit B

Connector 2000 Association, Inc.
Report of Excluded Ballots

| Plan Class | Name | Vote Amount | Accept / Reject | Reason for Exclusion |
|---|---|---|---|---|
| 1 | JOHN Q. ROBINSON | $25,000.00 | ACCEPT | BENEFICIAL HOLDER BALLOT WITHOUT PRE-VALIDATION |
| 1 | BROADRIDGE MASTER BALLOT WITH VOTE FOR WELLS FARGO BANK N.A. | $4,560,000.00 | ACCEPT | DUPLICATIVE OF VOTE RECEIVED DIRECTLY FROM WELLS FARGO |
| 1 | BROADRIDGE MASTER BALLOT WITH VOTE FOR WELLS FARGO BANK N.A. | $4,550,000.00 | ACCEPT | DUPLICATIVE OF VOTE RECEIVED DIRECTLY FROM WELLS FARGO |
| 1 | BROADRIDGE MASTER BALLOT WITH VOTE FOR WELLS FARGO BANK N.A. | $7,750,000.00 | ACCEPT | DUPLICATIVE OF VOTE RECEIVED DIRECTLY FROM WELLS FARGO |
| 1 | BROADRIDGE MASTER BALLOT WITH VOTE FOR WELLS FARGO BANK N.A. | $9,900,000.00 | ACCEPT | DUPLICATIVE OF VOTE RECEIVED DIRECTLY FROM WELLS FARGO |

Connector 2000
Class 1 Beneficial Holder Ballot

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In re:

Connector 2000 Association, Inc.,

Debtor.

Case No. 10-04467-dd
Chapter 9

---

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## FIRST AMENDED PLAN FOR ADJUSTMENT OF DEBTS

### Class 1 — SENIOR BONDHOLDERS CLAIMS
### SERIES 1998A BONDS
### SERIES 1998B BONDS

---

PLEASE READ AND FOLLOW THE ENCLOSED
VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.

**PLEASE INDICATE ON THE LINE BELOW THE CUSIP TO WHICH THIS BALLOT
RELATES. ALTERNATIVELY, YOUR NOMINEE ("VOTING NOMINEE") MAY
HAVE (i) INSERTED THE APPLICABLE CUSIP ON THE LINE BELOW OR (ii)
AFFIXED A LABEL INDICATING THE APPLICABLE CUSIP, RATHER THAN
PROVIDING THE INFORMATION ON THE LINE BELOW. ONLY ONE CUSIP MAY
BE VOTED PER BALLOT. FOR A LIST OF ALL CUSIPS THAT ARE ELIGIBLE TO
VOTE ON THIS BALLOT, PLEASE SEE EXHIBIT A HERETO.**

CUSIP:  20786 L A A 9

PLEASE CHECK THE APPROPRIATE BOXES BELOW TO INDICATE
YOUR ACCEPTANCE OR REJECTION OF THE FIRST AMENDED PLAN.

THE VOTING DEADLINE IS 4:00 P.M. PREVAILING EASTERN TIME, MARCH 4, 2011
(THE "VOTING DEADLINE"), UNLESS THE PERIOD DURING WHICH VOTES WILL BE
ACCEPTED BY THE DEBTOR IS EXTENDED OR WAIVED, IN WHICH CASE THE
TERM "VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST
TIME AND DATE TO WHICH SUCH SOLICITATION IS EXTENDED.

THIS BALLOT IS ACCOMPANIED BY A RETURN ENVELOPE. IF YOUR RETURN
ENVELOPE IS ADDRESSED TO YOUR VOTING NOMINEE, PLEASE ALLOW

A

Connector 2000
Class 1 Beneficial Holder Ballot

ADDITIONAL TIME SUFFICIENT FOR YOUR VOTE TO BE PROCESSED BY YOUR
VOTING NOMINEE. THE VOTING NOMINEE MUST PLACE YOUR VOTE ON A
MASTER BALLOT AND DELIVER THE MASTER BALLOT PRIOR TO THE VOTING
DEADLINE.

On November 23, 2010, Connector 2000 Association, Inc. ("Debtor") filed its First Amended
Disclosure Statement and the First Amended Plan For Adjustment of Debts, which were
thereafter supplemented, modified and/or amended from time to time. Thereafter, the United
States Bankruptcy Court for the District of South Carolina (the "Bankruptcy Court") entered an
order approving the First Amended Disclosure Statement (including all exhibits thereto and as
amended, modified or supplemented from time to time, the "First Amended Disclosure
Statement") with respect to the First Amended Plan For Adjustment of Debts (including all
exhibits thereto and as amended, modified or supplemented from time to time, the "First
Amended Plan"). The Bankruptcy Court's approval of the First Amended Disclosure Statement
does not indicate approval of the First Amended Plan. The First Amended Disclosure Statement
provides information to assist you in deciding how to vote your claim. If you do not have a copy
of the First Amended Disclosure Statement or First Amended Plan or have any questions about
how to properly complete this ballot, please call the Solicitation Agent via telephone at (646)
282-2400. Please use this Ballot to submit your votes to accept or reject the First Amended Plan.

This Ballot may not be used for any purpose other than for casting votes to accept or reject the
First Amended Plan. All capitalized terms used in the Ballot or Voting Instructions but not
otherwise defined therein shall have the meaning ascribed to such terms in the First Amended
Disclosure Statement or the Order (i) scheduling hearing on confirmation of the Debtor's First
Amended Plan, (ii) approving solicitation procedures; (iii) establishing a deadline for parties to
file ballots and objections to confirmation of the Debtor's First Amended Plan; and (iv)
approving form and manner of notice of the confirmation hearing (the "Solicitation Procedures
Order").

**You should review the First Amended Disclosure Statement and the First Amended Plan
before you vote. You may wish to seek legal advice concerning the First Amended Plan
and your classification and treatment under the First Amended Plan. Your claim has been
placed in Class 1 under the First Amended Plan. If you hold claims in more than one class,
you will receive a Ballot for each class in which you are entitled to vote.**

**If your Ballot is not received by your Voting Nominee in sufficient time for your Voting
Nominee to receive your Ballot and submit it on a Master Ballot to the Solicitation Agent
on or before the Voting Deadline, which is March 4, 2011, and such deadline is not
extended, your vote will not be counted as either an acceptance or rejection of the First
Amended Plan. Please carefully review the voting instructions included with the Ballot.**

**If the First Amended Plan is confirmed by the Bankruptcy Court it will be binding on you
whether or not you vote.**

A

2

Connector 2000
Class 1 Beneficial Holder Ballot

**Item 1.  Principal Amount of Claim.** The undersigned hereby certifies that as of January 5, 2011 (the "Record Date"), the undersigned was the Beneficial Holder (or authorized signatory for a Beneficial Holder) of Class 1 Claims in the following aggregate unpaid principal amount for the Bonds you hold (insert amount in box below):

$ 25M

[PLEASE NOTE THAT A BALLOT MAY ONLY RELATE TO ONE CUSIP AT A TIME. IF YOU HAVE MORE THAN ONE CUSIP, THESE CANNOT BE COMBINED ON ONE BALLOT.  YOU MUST SUBMIT SEPARATE BALLOTS FOR EACH CUSIP.  THE PRINCIPAL AMOUNT INDICATED ON THE LINE ABOVE WILL RELATE TO THE CUSIP INDICATED BY THE VOTING NOMINEE OR HOLDER (AS APPROPRIATE) ON THE LINE ON THE FIRST PAGE OF THE BALLOT]

If your Class 1 Claims are held by a Voting Nominee on your behalf and you do not know the amount of the claims held, please contact your Voting Nominee immediately.

**Item 2.  Class 1 Vote.**

The Holder of the Class 1 Claims set forth in Item 1 above votes (please check one):

☒ To Accept the First Amended Plan        _____ To Reject the First Amended Plan

**Item 3.  Certifications as to Other Class 1 Claims Held in Additional Accounts.**

By completing and returning this Ballot, the undersigned Beneficial Holder certifies that either (1) it has not submitted any other Ballots for other Class 1 Claims held in other accounts or other record names or (2) it has provided the information specified in the following table for all other Class 1 Claims for which it has submitted additional Ballots, each of which indicates the same vote to accept or reject the First Amended Plan (please use additional sheets of paper if necessary):

ONLY COMPLETE THIS SECTION IF YOU HAVE VOTED OTHER CLASS 1 CLAIMS ON A BALLOT OTHER THAN THIS BALLOT.

| Name of Registered Holder or Nominee of Other Class 1 Claims Voted | Account Number of Other Class 1 Claims Voted | Cusip of other Class 1 Claims Voted | Principal Amount of other Class 1 Claims Voted in Additional Ballot(s) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If space provided is insufficient, attach additional sheets in the same format.

A

3

Connector 2000
Class 1 Beneficial Holder Ballot

**Item 4. Certifications.**

By signing this Ballot, the undersigned certifies to the Bankruptcy Court and the Debtor;

(i)  that either (a) such person or entity is the beneficial holder of the claims being voted or (b) such person or entity is an authorized signatory for some person or entity which is a Beneficial Holder of the claims being voted;

(ii)  that such person or entity (or in the case of an authorized signatory, the Beneficial Holder) has received a copy of the First Amended Disclosure Statement and Solicitation Package and acknowledges that the solicitation is being made pursuant to the terms and conditions set forth therein;

(iii)  that such person or entity has cast the same vote on every Ballot completed by such person or entity with respect to holdings in a single class of claims;

(iv)  that no other Ballots with respect to the amount of the claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such claims, such earlier received Ballots are hereby revoked;

(v)  that such person or entity (or in the case of an authorized signatory, the Beneficial Holder) is eligible to be treated as the holder of such claim for purposes of voting on the First Amended Plan; and

(vi)  the undersigned hereby authorizes its Voting Nominee to transmit any Class 1 Claims pursuant to a Master Ballot in accordance with the instructions herein.

Name of Holder: _JOHN Q ROBINSON_
(Print or Type)

Social Security Or Federal Tax I.D. No.: ▮▮▮▮▮
(Optional)

Signature: _____

Name of Signatory: _____
(If Other Than Holder)

Title: _____

Address: _____

_____

_____

Date Completed: _2/16/11_

A

4

Connector 2000
Class 1 Beneficial Holder Ballot

PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT
PROMPTLY USING THE PRE-ADDRESSED ENVELOPE. HOLDERS OF CLASS 1
CLAIMS HELD BY A VOTING NOMINEE SHOULD RETURN THEIR BALLOT TO
THEIR VOTING NOMINEE.

YOUR BALLOT OR THE MASTER BALLOT CAST ON YOUR BEHALF BY THE
VOTING NOMINEE MUST BE RECEIVED BY THE SOLICITATION AGENT BY 4:00
P.M., PREVAILING EASTERN TIME ON OR BEFORE MARCH 4, 2011, THE
VOTING DEADLINE, OR YOUR VOTE WILL NOT BE COUNTED.

PLEASE ALLOW ADDITIONAL TIME SUFFICIENT FOR YOUR VOTE TO BE
PROCESSED BY YOUR VOTING NOMINEE AND VOTED ON A MASTER BALLOT
PRIOR TO THE VOTING DEADLINE.

A

Connector 2000
Class 1 Beneficial Holder Ballot

## Exhibit A: Cusips Eligible to Vote on this Class 1 Ballot

| BOND ISSUE | CUSIPS |
|---|---|
| Series 1998A Bonds | 20786LAA9 |
| | 20786LAB7 |
| | |
| Series 1998B Bonds | 20786LAE1 |
| | 20786LAF8 |
| | 20786LAG6 |
| | 20786LAH4 |
| | 20786LAJ0 |
| | 20786LAK7 |
| | 20786LAL5 |
| | 20786LAM3 |
| | 20786LAN1 |
| | 20786LAP6 |
| | 20786LAQ4 |
| | 20786LAR2 |
| | 20786LAS0 |
| | 20786LAT8 |
| | 20786LAU5 |
| | 20786LAV3 |
| | 20786LAW1 |
| | 20786LAX9 |
| | 20786LAY7 |
| | 20786LAZ4 |
| | 20786LBA8 |
| | 20786LBB6 |
| | 20786LBC4 |
| | 20786LBD2 |
| | 20786LBE0 |
| | 20786LBF7 |
| | 20786LBG5 |
| | 20786LBH3 |
| | 20786LBJ9 |

A

## THIS PROXY HEREBY REVOKES
## ALL PRIOR PROXIES

Connector 2000
Class 1 Master Ballot

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF SOUTH CAROLINA

In re:

Connector 2000 Association, Inc.,

Debtor.

Case No. 10-04467-dd
Chapter 9

---

### MASTER BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S FIRST AMENDED
### PLAN FOR ADJUSTMENT OF DEBTS

### CLASS 1 CLAIMS

---

PLEASE READ AND FOLLOW THE ENCLOSED
VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE MASTER BALLOT.

**PLEASE INDICATE ON THE LINE BELOW THE CUSIP TO WHICH THIS MASTER
BALLOT RELATES. ONLY ONE CUSIP MAY BE VOTED PER MASTER BALLOT. FOR
A LIST OF ALL CUSIPS THAT ARE ELIGIBLE TO VOTE ON THIS MASTER BALLOT,
PLEASE SEE EXHIBIT A HERETO.**

CUSIP:    _20786L_

THIS MASTER BALLOT MUST BE RETURNED TO
EPIQ BANKRUPTCY SOLUTIONS, LLC, ATTN: CONNECTOR 2000 BALLOT PROCESSING,
757 THIRD AVENUE, 3RD FLOOR, NEW YORK, NY 10017 (THE "SOLICITATION AGENT").
THIS BALLOT MUST BE RECEIVED BY THE SOLICITATION AGENT BY 4:00 P.M.,
PREVAILING EASTERN TIME, ON OR BEFORE **MARCH 4, 2011**
(THE "VOTING DEADLINE"), UNLESS THE PERIOD DURING WHICH BALLOTS WILL BE
ACCEPTED BY THE DEBTOR IS EXTENDED OR WAIVED, IN WHICH CASE THE TERM
"VOTING DEADLINE" FOR SUCH SOLICITATION SHALL MEAN THE LAST TIME AND
DATE TO WHICH SUCH SOLICITATION IS EXTENDED.

---

On November 23, 2010, Connector 2000 Association, Inc. ("Debtor") filed its First Amended
Disclosure Statement and the First Amended Plan For Adjustment of Debts, which were thereafter
supplemented, modified and/or amended from time to time. Thereafter, the United States Bankruptcy
Court for the District of South Carolina (the "Bankruptcy Court") entered an order approving the First
Amended Disclosure Statement (including all exhibits thereto and as amended, modified or
supplemented from time to time, the "First Amended Disclosure Statement") with respect to the First
Amended Plan For Adjustment of Debts (including all exhibits thereto and as amended, modified or
supplemented from time to time, the "First Amended Plan"). The Bankruptcy Court's approval of the
First Amended Disclosure Statement does not indicate approval of the First Amended Plan. The First

# MB-A

**PROXY HEREBY REVOKES**
**ALL PRIOR PROXIES**

Connector 2000
Class 1 Master Ballot

Amended Disclosure Statement provides information to assist you in deciding how to vote your claim. If you do not have a copy of the First Amended Disclosure Statement or First Amended Plan or have any questions about how to properly complete this Master Ballot, please contact the Solicitation Agent via telephone at (646) 282-2400.

This Master Ballot may not be used for any purpose other than for submitting votes to accept or reject the First Amended Plan. All capitalized terms used in the Master Ballot or in these instructions, but not otherwise defined herein, shall have the meaning ascribed to such terms in the First Amended Disclosure Statement or the Order (i) approving solicitation procedures, (ii) approving the form and manner of notice of the confirmation hearing, (iii) establishing deadlines and (iv) scheduling the hearing on confirmation of the First Amended Plan (the "Solicitation Procedures Order").

This Master Ballot is being sent to brokers, dealers, commercial banks, trust companies or other nominees (each a "Nominee Holder") of Beneficial Holders (as defined herein) and is to be used by the Nominee Holders for casting votes to accept or reject the First Amended Plan on behalf of and in accordance with the Ballots cast by the Beneficial Holders holding Class 1 Claims through such Nominee Holders.

The First Amended Plan referred to in this Master Ballot can be confirmed by the Bankruptcy Court and thereby made binding on all Holders of Class 1 Claims if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of such Class 1 Claims voting on the First Amended Plan. To have the votes of your Beneficial Holders count, you must complete and return this Master Ballot so that it is actually received by the Solicitation Agent by the Voting Deadline.

**Item 1. Certification of Authority to Vote.**

The undersigned certifies that as of January 5, 2011 (the "Record Date") the undersigned (please check the applicable box)

❑ Is a bank, broker, or other Nominee for the Beneficial Holder of the aggregate principal amount of Class 1 Claims listed in Item 2 below, and is the registered holder of such Class 1 Claims;

❑ Is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a bank, broker, or other Nominee that is the registered holder of the aggregate amount of Class 1 Claims listed in Item 2 below; or

❑ Has been granted a proxy (an original of which is annexed hereto) from a bank, broker, or other Nominee, or a Beneficial Holder, that is the registered holder of the aggregate amount of Class 1 Claims listed in Item 2 below and accordingly, has full power and authority to vote to accept or reject the First Amended Plan on behalf of the Beneficial Holders of the Class 1 Claims described in Item 2 below, and accordingly, has full power and authority to vote to accept or reject the First Amended Plan on behalf of the Beneficial Holders of the Class 1 Claims described in Item 2 below.

2

**MB-A**

**THIS PROXY HEREBY REVOKE:**
**ALL PRIOR PROXIES**

Connector 2000
Class 1 Master Ballot

**Item 2. Vote.**

The undersigned transmits the following votes of Beneficial Holders in respect of their Class 1 Claims, and certifies that the following Beneficial Holders of the Class 1 Claims, as identified by their respective customer account numbers set forth below, are beneficial owners of such securities as of the Record Date and have delivered to the undersigned, as Nominee, Ballots casting such votes. Indicate in the appropriate column the aggregate number of shares voted for each account, or attach such information to this Master Ballot in the form of the following table. Please note each Beneficial Holder must vote *all* of his/her or its Class 1 Claims to accept *or* to reject the First Amended Plan and may *not* split such vote.

List CUSIP voted on this Ballot _____

| Customer Account Number of Internal Identifier Number | Principal Amount of Class 1 Claims Voted to ACCEPT the Plan | Principal Amount of Class 1 Claims Voted to REJECT the Plan |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| **TOTALS:** | $ SEE ATTACHED | $ SEE ATTACHED |

Please use additional sheets of paper if necessary

**Item 3. Additional Class 1 Ballots Submitted by Beneficial Holders of Notes.**

The undersigned certifies that it has transcribed in the following table the information, if any, provided in Item 3 of each Ballot received from a Beneficial Holder of the Notes entitled to vote in Class 1.

**Information to be transcribed from Item 3 of Ballots received from Beneficial Holders regarding other Class 1 Ballots cast by such Beneficial Holders.**

| Your Customer Name or Internal Identifier Number | Name of Registered Holder or Nominee of Other Class 1 Claims Voted | Account Number of Other Class 1 Claims Voted | Cusip of Other Class 1 Claims Voted | Principal Amount of Other Class 1 Claims Voted in Additional Ballot(s) |
|---|---|---|---|---|
| SEE ATTACHED | SEE ATTACHED | SEE ATTACHED | SEE ATTACHED | SEE ATTACHED |

If space provided is insufficient, attach additional sheets in the same format.

5

**MB-A**

**THIS PROXY HEREBY REVOKES
ALL PRIOR PROXIES**

Connector 2000
Class 1 Master Ballot

**Item 4. Certification.**

By signing this Master Ballot, the undersigned certifies:

(i)    that (a) it has received a copy of the First Amended Disclosure Statement, First Amended Plan, Ballot(s) and other Solicitation Materials and has delivered the same to the Beneficial Holders listed thereon, (b) it has received a completed and signed Ballot from each such Beneficial Holder, and (c) it has been authorized by each such Beneficial Holder to vote on the First Amended Plan;

(ii)    that it has properly disclosed (a) the number of such Beneficial Holders, (b) the respective amounts of Class 1 Claims owned, as the case may be, by each such Beneficial Holder, (c) each Beneficial Holder's respective vote concerning the First Amended Plan, and (d) the customer account or other identification number for each such Beneficial Holder; and

(iii)that    it will maintain Ballots returned by Beneficial Holders (whether properly completed or defective) for disclosure to the Bankruptcy Court or the Debtor if so ordered for at least one year after the Voting Deadline (or such other date set by subsequent Bankruptcy Court Order).

SEE ATTACHED

_____
Name of Nominee

_____
Participant Number

*Richard J. Daly*
_____
Signature
Richard J. Daly
Attorney-in-Fact

This proxy is issued to Powers of Attorney executed by each listed Brokerage Firm or Nominee which are in full force and effect as of the date hereof. The Powers of Attorney are on file with the Offices of Broadridge Financial Solutions, Inc.

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State and Zip Code

_____
Telephone Number

_____
Email Address

MAR 0 4 2011
_____
Date Completed

4

**MB-A**

Connector 2000
Class 1 Master Ballot

THIS MASTER BALLOT MUST BE RECEIVED BY:

EPIQ BANKRUPTCY SOLUTIONS, LLC
ATTN: CONNECTOR 2000 BALLOT PROCESSING
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017

BY 4:00 P.M., PREVAILING EASTERN TIME ON OR
BEFORE MARCH 4, 2011, OR YOUR VOTE WILL NOT BE COUNTED.

5

MB-A

Connector 2000
Class 1 Master Ballot

## Exhibit A:  Cusips Eligible to Vote on this Class 1 Master Ballot

| BOND ISSUE | CUSIPS |
|---|---|
| Series 1998A Bonds | 20786LAA9 |
| | 20786LAB7 |
| | |
| Series 1998B Bonds | 20786LAE1 |
| | 20786LAF8 |
| | 20786LAG6 |
| | 20786LAH4 |
| | 20786LAJ0 |
| | 20786LAK7 |
| | 20786LAL5 |
| | 20786LAM3 |
| | 20786LAN1 |
| | 20786LAP6 |
| | 20786LAQ4 |
| | 20786LAR2 |
| | 20786LAS0 |
| | 20786LAT8 |
| | 20786LAU5 |
| | 20786LAV3 |
| | 20786LAW1 |
| | 20786LAX9 |
| | 20786LAY7 |
| | 20786LAZ4 |
| | 20786LBA8 |
| | 20786LBB6 |
| | 20786LBC4 |
| | 20786LBD2 |
| | 20786LBE0 |
| | 20786LBF7 |
| | 20786LBG5 |
| | 20786LBH3 |
| | 20786LBJ9 |

# MB-A

### VOTING INSTRUCTIONS

1.  The Debtor is soliciting the votes of Holders of Class 1 Claims with respect to the First Amended Plan. All capitalized terms used in the Master Ballot or in these instructions but not otherwise defined herein shall have the meaning ascribed to such terms in the Solicitation Procedures Order, a copy of which accompanied the Ballot.

2.  The First Amended Plan can be confirmed by the Bankruptcy Court, and therefore, made binding on all claim holders, if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of such holders voting on the First Amended Plan. To have the Ballots of your Beneficial Holders count, you must complete and return this Master Ballot to the Solicitation Agent by the Voting Deadline.

3.  You should deliver the Ballot and other documents relating to the First Amended Plan, including the First Amended Disclosure Statement (collectively, the "Solicitation Materials"), to each Beneficial Holder of Class 1 Claims and take any action required to enable each such Beneficial Holder to timely vote the Class 1 Claims held by such Beneficial Holder. With regard to any Ballots returned to you, to have the vote of your Beneficial Holder count, you must (a) retain such Ballots in your files and transfer the requested information from each such Ballot onto the attached Master Ballot, (b) execute the Master Ballot and (c) deliver such Master Ballot to the Solicitation Agent not later than 4:00 p.m. Prevailing Eastern Time on March 4, 2011, 2011, (the "Voting Deadline"). Please keep any records of the Ballots received from Beneficial Holders until at least one year after the Voting Deadline (or such other date as is set by subsequent Bankruptcy Court order). You may be ordered to produce the Ballots to the Debtor or Bankruptcy Court.

4.  The Master Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the First Amended Plan. Accordingly, Holders of Class 1 Claims should not surrender instruments or certificates representing or evidencing their Class 1 Claims, and neither the Debtor nor the Solicitation Agent will accept delivery of such instruments or certificates surrendered together with a Ballot.

5.  This Master Ballot does not constitute, and shall not be deemed to be, a proof of claim or equity interest or an assertion or admission of a claim or equity interest.

6.  The following Ballots may not be counted in determining the acceptance or rejection of the First Amended Plan: (a) any Ballot that is illegible or contains insufficient information to permit the identification of the claim holder; (b) any Ballot cast by a person or entity that does not hold a claim or interest in a class that is entitled to vote on the First Amended Plan; (c) any Ballot cast for a claim or interest scheduled as unliquidated, contingent or disputed for which no proof of claim was timely filed; and (d) any unsigned Ballot or Ballot submitted without an original signature.

7.  To properly complete the Master Ballot take the following steps:

    (a)  Provide the Cusip to which this Master Ballot relates on the line provided on the first page of the Master Ballot;

**MB-A**

Connector 2000
Class 1 Master Ballot

(b)    Provide appropriate information for each of the items on the Master Ballot. Please note that Items 2 and 3 request information for each individual Beneficial Holder voting on the First Amended Plan. To identify such Beneficial Holders, please use the customer name and account number assigned by you to each such Beneficial Holder;

(c)    Sign and date your Master Ballot;

(d)    If you are completing this Master Ballot on behalf of another entity, state your title with such entity;

(e)    Provide your name and mailing address and additional information requested in Item 4;

(f)    Deliver the Master Ballot to the Solicitation Agent prior to the Voting Deadline; and

(g)    If you are both the Nominee Holder and Beneficial Holder of any of the Class 1 Claims and you wish to vote such Class 1 Claims, you may return a Ballot or Master Ballot.

8.    If a Master Ballot is received after the Voting Deadline, it will not be counted (except as authorized by the Bankruptcy Court). The method of delivery of a Master Ballot to the Solicitation Agent is at the election and risk of each entity. Except as otherwise provided herein, such delivery will be deemed made only when the original executed Master Ballot is actually RECEIVED by the Solicitation Agent. Instead of effecting delivery by mail, it is recommended, though not required, that such entities use an overnight or hand delivery service. In all cases, sufficient time should be allowed to assure timely delivery. Delivery of a Master Ballot by facsimile, e-mail or any other electronic means will not be accepted, unless ultimately permitted by the Bankruptcy Court. No Master Ballot should be sent to the Debtor, any indenture trustee, or the Debtor's financial or legal advisors.

9.    The Master Ballot must be returned in sufficient time to allow it to be RECEIVED by the Solicitation Agent no later than 4:00 p.m., Prevailing Eastern Time, on the Voting Deadline. If you believe you have received the wrong Ballot, please contact the Solicitation Agent.

10.    No fees or commissions or other remuneration will be payable to any broker, dealer or other person for soliciting Ballots accepting the First Amended Plan.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT
OR THE VOTING PROCEDURES,
PLEASE CALL THE SOLICITATION AGENT AT (646) 282-2400.

NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL RENDER YOU OR ANY OTHER PERSON, THE AGENT OF THE DEBTOR OR THE SOLICITATION AGENT, OR AUTHORIZE YOU OR ANY OTHER PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE FIRST AMENDED PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE DOCUMENTS ENCLOSED HEREWITH.

# MB-A

```
        RECORD DATE: 01/05/11                    VOTE SUMMARY LISTING (VOTED)              RUN DATE:      03/04/11         PAGE     86
    TRUE RECORD DATE:                              NAME AND ADDRESS REPORT               MEETING DATE: 03/04/11
--------------------------------------------------------------------------------------------------------------------------------
    CLI# 79C  CUSIP: 20786LBC4    ISSUER NAME: CONNECTOR 2000 ASSN INC.              CLIENT NAME: WELLS FARGO
--------------------------------------------------------------------------------------------------------------------------------

ACCOUNT              CTL NO.    REGISTRATION                             BATCH NO/SEQ    POSITION      VOTE   TYP ST      LOAD MAIL FUL
                                                                                                      DATE               1 PREF PREF FLG
             1        2         3         4         5          6         7        8            9              0
    1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0

PROPS  F           295481350273                                     HMM8056007 035    4560000 02/25/11                       N

                  01 *
        FOR       4560000
        AGN            0
        ABS            0

                  01 *
        FOR            1
        AGN            0
        ABS            0


CLIENT# 79C     TOTAL** REC. POSITION:      4560000; VOTED SHARES:      4560000; UNVOTED SHARES:            0;
                LEGAL PROXY:            0;           TOTAL ITEMS:          1
```

---

CLI# 79C  CUSIP: 20786LBD2   ISSUER NAME: CONNECTOR 2000 ASSN INC.              CLIENT NAME: WELLS FARGO

---

| ACCOUNT | | CTL NO. | REGISTRATION | | | BATCH NO/SEQ | | POSITION | VOTE DATE | TYP ST | LOAD MAIL FUL 1 PREF PREF FLG 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | |
| 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 | | | | | | | | | | | |

████████       295481351306                           HMM8056007 036    4550000 02/25/11                         N

PROPS  F

```
              01 *
      FOR      4550000
      AGN         0
      ABS         0

              01 *
      FOR         1
      AGN         0
      ABS         0
```

CLIENT# 79C     TOTAL** REC. POSITION:     4550000; VOTED SHARES:      4550000; UNVOTED SHARES:              0;
                LEGAL PROXY:            0;           TOTAL ITEMS:            1

```
     RECORD DATE: 01/05/11                    VOTE SUMMARY LISTING (VOTED)              RUN DATE:      03/04/11        PAGE     90
     TRUE RECORD DATE:                            NAME AND ADDRESS REPORT              MEETING DATE: 03/04/11
---------------------------------------------------------------------------------------------------------------------------------
     CLI# 79C  CUSIP: 20786LBE0   ISSUER NAME: CONNECTOR 2000 ASSN INC.            CLIENT NAME: WELLS FARGO
---------------------------------------------------------------------------------------------------------------------------------
ACCOUNT              CTL NO.    REGISTRATION                        BATCH NO/SEQ     POSITION     VOTE    TYP ST    LOAD MAIL FUL
                                                                                                 DATE            1 PREF PREF FLG
           1         2          3          4          5         6         7          8          9            0
      1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0
█████               295481352439                                  HMM8056007 037   7750000 02/25/11                          N
PROPS  F

                    01 *
            FOR     7750000
            AGN           0
            ABS           0

                    01 *
            FOR           1
            AGN           0
            ABS           0


     CLIENT# 79C     TOTAL** REC. POSITION:        7750000; VOTED SHARES:      7750000; UNVOTED SHARES:           0;
                     LEGAL PROXY:           0;            TOTAL ITEMS:        1
```

```
RECORD DATE: 01/05/11                    VOTE SUMMARY LISTING (VOTED)              RUN DATE:    03/04/11        PAGE    97
TRUE RECORD DATE:                          NAME AND ADDRESS REPORT                 MEETING DATE: 03/04/11

--------------------------------------------------------------------------------------------------------------------------
CLI# 79C  CUSIP: 20786LBG5   ISSUER NAME: CONNECTOR 2000 ASSN INC.          CLIENT NAME: WELLS FARGO
--------------------------------------------------------------------------------------------------------------------------

ACCOUNT           CTL NO.    REGISTRATION                          BATCH NO/SEQ    POSITION    VOTE   TYP ST    LOAD MAIL FUL
                                                                                               DATE             1 PREF PREF FLG
          1          2        3          4          5        6          7          8          9                0
      1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0 1---5----0
                 295481353562                                   HMM8056007 038   9900000 02/25/11                          N
PROPS  F

                 01 *
          FOR     9900000
          AGN           0
          ABS           0

                 01 *
          FOR           1
          AGN           0
          ABS           0


CLIENT# 79C       TOTAL** REC. POSITION:      9900000; VOTED SHARES:      9900000; UNVOTED SHARES:         0;
                  LEGAL PROXY:          0;        TOTAL ITEMS:          1
```