IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Connector 2000 Association, Inc.,<br><br>       Debtor. | Case No. 10-04467-dd<br>Chapter 9 |

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTOR'S FIRST
AMENDED PLAN FOR ADJUSTMENT OF DEBTS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    1.    **Confirmation of the Plan.** On November 23, 2010, Debtor filed a First Amended Plan for Adjustment of Debts, which was thereafter supplemented, modified and amended on January 17, 2011 with various exhibits [Docket Nos. 108, 110] and on March 16, 2011, with respect to the Plan only [Docket No. 129] (the "Plan"). On April 1, 2011, the United States Bankruptcy Court for the District of South Carolina entered its Order Confirming Debtor's First Amended Plan For Adjustment of Debts Pursuant to Chapter 9 of the Bankruptcy Code (the "Order") [Docket No. 141]. The Plan and Order can be viewed at http://www.southernconnector.com/Zbankruptcy.htm.

    2.    **Effective Date.** Each of the conditions precedent to consummation of the Plan set forth in Article VII of the Plan were satisfied or waived as of April 21, 2011. Thus, April 21, 2011 is the Effective Date of the Plan.

                                     Respectfully submitted,

                                     **HAYNSWORTH SINKLER BOYD, P.A.**

                                     By:     s/Stanley H. McGuffin
                                              Stanley H. McGuffin
                                              District ID No. 2833
                                              Lindsey Carlberg Livingston
                                              District ID No. 9518
Post Office Drawer 11889
Columbia, South Carolina 29211
(803) 779.3080 Tel
(803) 765.1243 Fax
smcguffin@hsblawfirm.com
llivingston@hsblawfirm.com

Attorneys for Debtor Connector 2000
May 5, 2011                                        Association, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:

Connector 2000 Association, Inc.,

Debtor.

Case No. 10-04467-dd
Chapter 9

## CERTIFICATE OF SERVICE

I, the undersigned employee of Haynsworth Sinkler Boyd, P.A., do hereby certify that I have caused the foregoing to be served U.S. Mail or by other means indicated below on May 5, 2011, with return address clearly shown to said parties at the addresses shown below.

1. **NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTOR'S FIRST AMENDED PLAN FOR ADJUSTMENT OF DEBTS**

*Parties of Record*

South Carolina Department of
Transportation
Linda C. McDonald, Chief Counsel
P. O. Box 191 (29202)
955 Park Street
Columbia, SC 29201

HSBC Bank USA, National Association
Sandra E. Horwitz, Vice President
10 East 40th Street, 14th Floor
New York, NY 10016

American Express Bank, FSB
c/o Becket and Lee LLP
Post Office Box 3001
Malvern, PA 19355-0701

Peter Femia
153 Pinnacle Pointe Drive
Seneca, SC, 29672

U. S. Bank National Association
Susan E. Jacobsen
Vice President
60 Livingston Avenue
St. Paul, Minnesota 55107

Transcore
P.O. Box 933493 (Atlanta, GA 31193-3493)
192 Technology Parkway, Suite 500
Norcross, GA 30092

Wyche, Burgess, Freeman & Parham, P.A.
Attn: Eric Amstutz
Attorneys at Law
P.O. Box 728 (29602-0728)
44 East Camperdown Way
Greenville, SC 29601

Southern Municipal Advisors, Inc.
119 Riverlook Lane
Piedmont, SC 29673

Duke Energy
P.O.Box 70516 (28272)
526 South Church Street
Charlotte, NC 28202

Don Piccoli
209 Sandy Lane
Greenville, SC 29605

Travis LaFlamme
120 Brown Drive
Easley, SC 29642

Kathy Sessa
408 Partridge Dr.
Williamston, SC 29697

Lee Currens
309 Anderson Street
Piedmont, SC 29673

Brett, Inc.
PO Box 2304 (29602)
212 Whitsett Street
Greenville, SC 29601

R. William Metzger, Jr., Esq.
Dina G. Boorda, Esq.
Robinson, McFadden & Moore, P.C.
PO Box 944 (29202)
1901 Main Street
Columbia, SC 29201

Robert A. Kerr, Esq.
Hagood & Kerr, PA
354 Coleman Boulevard
Mt. Pleasant, SC 29464

William N. Nettles, Esq.
United States Attorney
District of South Carolina
First Union Building
1441 Main Street, Suite 500
Columbia, SC 29201

Blue Cross Blue Shield of SC
2501 Faraway Drive
Columbia, SC 29223-3970

Travelers
CL & Specialty Remittance Center
Hartford, CT 06183-1008

Mauricio Caro
74 Livingston Terrace
Greenville, 29607

Terry Kiefer
508 Willow Branch Dr.
Simpsonville, SC 29680

Laurie Clough
17 Cornerton Pass
Simpsonville, SC 29680

ACA Financial Guaranty Corp.
Attn: Adam Klausner
140 Broadway, 47th Fl.
New York, New York 10005

Michael M. Beal, Esq.
Robin C. Stanton, Esq.
Michael H. Weaver, Esq.
McNair Law Firm
PO Box 11390 (29202)
1301 Gervais Street
Columbia, SC 29201

Eric H. Holder, Jr., Esq.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

The Honorable Timothy F. Geithner
Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

2

Joseph F. Buzhardt, III, Esq.
Assistant United States Trustee
Strom Thurmond Federal Building
1835 Assembly Street, Suite 953
Columbia, SC 29201

GE Money Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave., Suite 1120
Miami, FL 33131
Attn: Ramesh Singh

Elizabeth J. Hincher Philp, Esq.
McNair Law Firm, PA
P.O. Box 1431
Charleston, SC 29402

David W. Baddley, Esq.
Senior Bankruptcy Counsel
U.S. Securities and Exchange Commission
3475 Lenox Road NE, Suite 1000
Atlanta, GA 30326

Thomas Stoeckmann
W142 N6224 Mill Ridge Drive
Menomonee Falls, WI 53051

Holland & Knight, LLP
Attn: Douglas F. Darbut, Esq.
701 Brickell Ave., Suite 3000
Miami, FL 33131-2847

U.S. Bank National Association
c/o Amy Caton, Esq.
Gregory Horowitz, Esq.
Daniel Eggermann, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Ave.
New York, NY 10022

Depository Trust Compay
55 Water St., Suite Conc 4
New York, NY 10041

**HAYNSWORTH SINKLER BOYD, P.A.**

By: /s/ Tami G. Hatcher
    Tami G. Hatcher
    Paralegal to Stanley H. McGuffin

Date: May 5, 2011

3